John Lackner Company, Respondent, v. Simpson Crawford Company, Appellant.— Motion granted upon payment of ten dollars costs. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

In the Matter of Opening Saratoga Avenue, Chester Street, etc.— Motion granted. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Ernst Smith, Appellant, v. Emilie C. Stork and Reba Tyler Jackson, as Administratrix, etc., of Susan M. Van Namee, Deceased, Respondents.— Motion for reargument denied, without costs. Present — Woodward, Jenks, Hooker, Gaynor and Miller. JJ.

Lewis G. Andrews, Respondent, v. Lewis H. Green, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Max Barr and Adolph Barr, Respondents, v. Sophia Oman and John Hjelstrom, Appellants.— Order of the Municipal Court affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Homer L. Bartlett, Respondent, v. Otto Reich, Appellant.— Judgment of the Municipal Court affirmed by default, with costs. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Mary Bloomer, Respondent, v. The St. Paul Fire and Marine Insurance Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Margaret P. Boyd, Respondent, v. Alexander Boyd, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Citizens' Union Realty and Mortgage Company, Respondent, v. Jacob Rechnitz, Appellant. (No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Citizens' Union Realty and Mortgage Company, Respondent, v. Jacob Rechnitz, Appellant. (No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

William J. Clarke, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Mary Clonen, Respondent, v. Isaac Michaels, Sued as Michael Brothers, Appellant. — Order in so far as appealed from reversed, with ten dollars costs and disbursements, and motion granted, with costs of the action and ten dollars costs of motion. (See *Murthey* v. *Burke*, 121 App. Div. 400.) Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Bridget Coyle, as Administratrix, etc., of Joseph Coyle, Deceased, Respondent, v. New York and Queens County Railway Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.